

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2021

No. 04-21-00241-CV

Lucia **SALDIVAR**, Individually and as Representative of the Estate of Mark Anthony Saldivar,
Appellant

v.

Joshua F. **WHITE**, Individually and d/b/a 88 Classic Records, and 88 Classic LLC,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11437
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On August 2, 2021, appellant timely filed an unopposed motion requesting a fourteen-day extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than August 18, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court